IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILEAD SCIENCES, INC., GILEAD PHARMASSET LLC and GILEAD SCIENCES LIMITED,<br><br>    Plaintiffs, Defendants, and Counterclaim Plaintiffs,<br><br>    v.<br><br>ABBVIE INC.,<br><br>    Defendant, Plaintiff and Counterclaim Defendant.<br><br>ABBVIE INC. and ABBVIE IRELAND UNLIMITED COMPANY,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>GILEAD SCIENCES, INC., GILEAD PHARMASSET LLC, and GILEAD SCIENCES IRELAND UNLIMITED COMPANY,<br><br>    Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 13-2034 (GMS)<br>)  (Consolidated with C.A. Nos. 14-209, 14-379)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the following were caused to be served on November 13, 2015 after 6:00 p.m., upon the following counsel for Gilead in the manner indicated:

 (1) *Opening Expert Report of Michael Epstein, M.D.*

**BY E-MAIL**

FISH & RICHARDSON P.C.

Susan M. Coletti
**coletti@fr.com**

 (2) *Expert Report of Christopher A. Vellturo, Ph.D.*

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| FISH & RICHARDSON P.C. | FISH & RICHARDSON P.C. |
| Douglas E. McCann<br>**dmccann@fr.com** | Jonathan E. Singer<br>**singer@fr.com** |
| Susan M. Coletti<br>**coletti@fr.com** | Juanita R. Brooks<br>**brooks@fr.com** |
| Gregory R. Booker<br>**booker@fr.com** | W. Chad Shear<br>**shear@fr.com** |
| W. Chad Shear<br>**shear@fr.com** | Tommy Jacks<br>**jacks@fr.com** |
| | Thomas Frongillo<br>**frongillo@fr.com** |
| | Irene E. Hudson<br>**hudson@fr.com** |
| | Jacqueline Tio<br>**tio@fr.com** |
| | Deanna J. Reichel<br>**reichel@fr.com** |

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Mary B. Graham*

        Mary B. Graham (#2256)
        Stephen J. Kraftschik (#5623)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        mgraham@mnat.com
        skraftschik@mnat.com
         *Attorneys for AbbVie Inc. and*
         *AbbVie Ireland Unlimited Company*

OF COUNSEL:

Michael A. Morin
David P. Frazier
Casey L. Dwyer
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
(202) 637-2200

Roger J. Chin
Gregory K. Sobolski
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 200
San Francisco, CA 94111
(415) 391-0600

Gabriel S. Gross
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Melissa A. Brand
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 880-4500

November 18, 2015
9642838